ACCEPTED
04-14-00527-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/13/2015 4:09:00 PM
KEITH HOTTLE
CLERK

NO. 04-14-00527-CV

_____

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/13/2015 4:09:00 PM
KEITH E. HOTTLE
Clerk

_____

ANNA MARIA SALINAS SAENZ, ET AL.,
Appellants,

v.

THORP PETROLEUM CORP., ET AL.,
Appellees

_____

Appeal from the 229th District Court of Starr County, Texas
No. DC-04-120, Hon. Ana Lisa Garza, Presiding

_____

**APPELLEES' UNOPPOSED JOINT MOTION FOR
EXTENSION OF TIME TO FILE APPELLEES' BRIEFS**

**SCOTT, DOUGLASS, &
MCCONNICO, L.L.P.**
Mark W. Hanna
State Bar No. 24051764
mhanna@scottdoug.com
Kennon L. Wooten
State Bar No. 24046624
kwooten@scottdoug.com
600 Congress Avenue, Suite 1500
Austin, Texas  78701-2589
(512) 495-6300  Telephone
(512) 474-0731  Facsimile


*Attorneys for Appellee
Smith Production Inc.*


January 13, 2015

**JONES GILL LLP**
Lee S. Gill
State Bar No. 07921360
info@jonesgill.com
6363 Woodway, Suite 1100
Houston, Texas 77057
(713) 652-4068  Telephone
(713) 651-0716   Facsimile

*Attorney for Appellees Thorp
Petroleum Corporation, El Paso
Production Company; El Paso E&P
Company, LP; El Paso Exploration
& Production Management, Inc.;
Stanco Land Management, LLC, and
Meredith Land & Minerals Company*

1173696

**TO THE HONORABLE FOURTH COURT OF APPEALS:**

Pursuant to Texas Rule of Appellate Procedure 10.5(b), Appellees Smith Production Inc. ("Smith Production") and Thorp Petroleum Corporation, El Paso Production Company; El Paso E&P Company, LP; El Paso Exploration & Production Management, Inc.; Stanco Land Management, LLC; and Meredith Land & Minerals Company (together "Thorp et al." and collectively with Smith Production, "Appellees") file this Unopposed Joint Motion for Extension of Time to File Appellees' Briefs, seeking an additional thirty (30) days to file their appellate briefs. In support of this Motion, Appellees respectfully show the Court the following:

**A.     The Current Deadline**

Appellants timely filed their brief on December 17, 2014, after receiving two thirty-day extensions of their briefing deadline. As a result, Appellees' brief is currently due on Friday, January 16, 2015. *See* Tex. R. App. P. 38.6(b).

**B.     The Length of Extension Sought**

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellees seek thirty (30) additional days in which to file their appellate briefs. Specifically, Appellees seek to change their deadline from January 16, 2015 to

1173696

February 17, 2015.[1]  Appellees seek this extension so that justice may be done in this appeal, not for improper delay.  Appellants do not oppose this extension.

**C.      Number of Previous Extensions Granted**

This is the first extension that Appellees have requested in this appeal.

**D.      Facts Explaining the Extension Sought**

Appellees seek this extension in order to be on the same briefing schedule that the Balderas defendants have sought in this appeal.[2]  Furthermore, Smith Production seeks an extension of time in which to file its appellate brief because its lead appellate counsel, Kennon L. Wooten, has had several scheduling demands between the date that Appellants filed their brief and Smith Production's current appellate-brief deadline.  These scheduling demands include the following:

- Written discovery, document production, and summary judgment motions in *Lower Colorado River Authority v. City of Kerrville, Acting by and Through Kerrville Public Utility Board*, Cause No. 12-1001-B in the 198th Judicial District Court of Kerr County, Texas;

- Assistance with dismissal of appeals in and nonsuit of *Lower Colorado River Authority v. City of Boerne, Texas*, Cause No. D-1-GN-12-502 in the 216th Judicial District Court of Kendall County, Texas, and *Lower Colorado*

---

[1] If the requested extension is granted, the new deadline will fall on a Sunday.  The following Monday—February 16, 2015—is President's Day, a holiday on which the Court will be closed.

[2] Rosalinda Salinas Balderas, Fausto Salinas, Elda Salinas Ponce, D-Fox, Ltd., Elodia Salinas, Linda Mandes, Veronica Casas Campbell, and Cynthia M. Villarreal, f/k/a Cindy Casas Reyna (together the "Balderas defendants") recently requested an extension of time of thirty (30) days in which to file their appellate brief.  Like the request herein, the Balderas defendants' request was unopposed.  If the Court grants the Balderas defendants' request, the extended briefing deadline that Appellees seek herein will match the Balderas defendants' new briefing deadline.

1173696

*River Authority v. City of Seguin, Texas*, Cause No. D-1-GN-13-000433 in the 53rd Judicial District Court of Travis County, Texas;

- Written discovery in *Compensation Sciences Enterprises, Ltd. d/b/a/ CSINadler Partners, Inc. v. D. Douglas Brothers, et al.*, Cause No. D-1-GN-14-004203 in the 200th Judicial District Court of Travis County, Texas; and

- Preparation of divorce decrees and parenting plans in two *pro bono* family-law matters—*In the Matter of the Marriage of Jeannie Rodriguez and Casey Barrera and in the Interest of R. N. R. B.*, Cause No. D-1-AG-10-001954, in the 200th Judicial District Court of Travis County, Texas, and *In the Matter of the Marriage of Cara Michele Wheeler-Najomo and George Onigite Najomo, and In the Interest of Mya Ajiroghene Najomo, a Child*, Cause No. D-1-FM-13-005684 in the 250th Judicial District; in Travis County, Texas.

In addition, Thorp et al. seek an extension of time in which to file their appellate brief because their counsel, Lee Gill, has had several scheduling demands between the date that Appellants filed their brief and Thorp et al.'s current appellate-brief deadline. These scheduling demands include the following:

- Written discovery, document production, and summary judgment motions in *Jane Guinn Revocable Trust et al vs. Warbonnet Exploration Co. et al*, Cause No. 30776, 149th District Court, Brazoria County, Texas; and

- Written discovery, document production, and summary judgment motions in *Underground Services Marham, LLC v. Robert Myers et al*, Cause No. 13-E-0218, 130th District Court, Matagorda County, Texas.

The scheduling demands listed above have made it impossible for Appellees to complete their briefs by their current deadline. This case has not been set for submission, so this extension will not delay the ultimate resolution of this appeal.

WHEREFORE, Appellees request respectfully that this Court grant this unopposed Motion and extend their appellate-brief deadline to February 17, 2015.

4

Respectfully submitted,

SCOTT, DOUGLASS, &
MCCONNICO, L.L.P.
600 Congress Avenue, Suite 1500
Austin, Texas  78701-2589
(512) 495-6300
(512) 474-0731 Fax

By: */s/ Kennon L. Wooten*
Mark W. Hanna
State Bar No. 24051764
mhanna@scottdoug.com
Kennon L. Wooten
State Bar No. 24046624
kwooten@scottdoug.com

**ATTORNEYS FOR APPELLEE
SMITH PRODUCTION INC.**

JONES GILL LLP
6363 Woodway, Suite 1100
Houston, Texas 77057
(713) 652-4068
(713) 651-0716 Fax

By: */s/ Lee S. Gill*
Lee S. Gill
State Bar No. 07921360
info@jonesgill.com

**ATTORNEY FOR APPELLEES THORP
PETROLEUM CORPORATION, EL
PASO PRODUCTION COMPANY; EL
PASO E&P COMPANY, LP; EL PASO
EXPLORATION & PRODUCTION
MANAGEMENT, INC.; STANCO LAND
MANAGEMENT, LLC, AND
MEREDITH LAND & MINERALS
COMPANY**

5

1173696

## CERTIFICATE OF CONFERENCE

I certify that, on January 9, 2015, Appellants' counsel David George informed Lee Gill and me via email that Appellants do not oppose the relief sought through this motion.

/s/ *Kennon L. Wooten*
Kennon L. Wooten

1173696

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on all counsel of record on January, 13, 2015, as indicated below:

*Via electronic service*
Roger S. Braugh, Jr.
SICO, WHITE, HOELSCHER, HARRIS & BRAUGH, LLP
900 Frost Bank Blaza
802 N. Carancahua
Corpus Christi, TX  78470
rbraugh@swbtrial.com

David George
CONNELLY BAKER WOTRING, LLP
700 JPMorgan Chase Tower
600 Travis Street
Houston, TX  77002
dgeorge@connellybaker.com

*and*

John T. Flood
Flood & Flood
802 N. Carancahua, Suite 900
Corpus Christi, Texas  78401
john@floodandflood.com
Attorneys for Appellants Anna Maria Salinas Saenz, et al.

*Via Facsimile:*  956-687-6125
Rolando Cantu
LAW FIRM OF ROLANDO CANTU, P.C.
4428 S. McColl
Edinburg, TX  78539
Attorney for Alicia Salinas

1173696

*Via electronic service*
Jose Luis Flores
ATTORNEY AT LAW
1111 W. Nolana
McAllen, TX  78504
joe@jlfloreslawfirm.com
Attorney for Eleodora Salinas Del Real, Dalia
Salinas and Jose Manuel Flores

*Via electronic service*
J. Joseph Vale
O.C. Hamilton, Jr.
ATLAS & HALL, L.L.P.
P.O. Drawer 3725
McAllen, TX 78502
jvale@atlashall.com
och@atlashall.com
Attorneys for Luisa M. Ruiz, Norberto Salinas, Fausto Salinas, Rosalinda
Salinas Balderas, Linda Mandes, Ricardo L. Salinas, Veronica Casas
Campbell, Elda Salinas Ponce, Cindy Casas Reyna, Thelma Salinas, Elodia
Salinas, D-FOX, Ltd., and Cynthia M. Villarreal, f/k/a Cindy Casas Reyna

*Via electronic service*
Juan J. Hinojosa
LAW OFFICES OF JUAN J. HINOJOSA
612 W. Nolana Loop, Suite 410
McAllen, TX 78504
jjhinojosa@bizrgv.rr.com
Attorney for Arturo Salinas

*Via electronic service*
C. Frank Wood
Sanchez, Whittington, Zabarte & Wood, L.L.C.
3505 Boca Chica Blvd., Suite 100
Brownsville, TX  78521
fwood@swjz.com
Attorney for Ruben Garcia, et al.

8

1173696

*Via electronic service*
Daniel Robles
ATTORNEY AT LAW
Westoria Building, 1st Floor
420 S. "F" Street
Harlingen, Texas 78550
noemi@dan-robles.com
Attorney for Oscar Garcia, Jr.

*Via electronic service*
Ricardo L. Salinas
SALINAS/FLORES
2011 N. Conway
Mission, Texas 78572
rsalinaslaw@yahoo.com
Attorney for Ricardo Salinas

*Via electronic service*
Rene A. Flores
THE LAW OFFICE OF RENE A. FLORES
2724 W. Canton Road
Edinburg, Texas 78539
rene.flores@yahoo.com
Attorney for Alida Salinas Hernandez, Arnaldo Salinas, Alma Salinas Munoz, Adelaida Salinas, Aida Salinas Flores, Guadalupe Salinas, Maria Ester Salinas Cantu, and Maria del Carmen Zamora

*/s/ Kennon L. Wooten*
Kennon L. Wooten

9

1173696